**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
-----------------------------------------------------------------------X
STEPHEN PHILLIPS,

CIVIL ACTION NO. 18-4910

Plaintiff,

-against-

FETCH REWARDS, INC., FETCH REWARDS, LLC, FETCH REWARDS II, LLC, WESLEY SCHROLL, Individually (PHRA aiding and abetting), CHRISTOPHER SCHROLL, individually (PHRA aiding and abetting), and MICHAEL KENT, individually (PHRA aiding and abetting)

Defendants.
-----------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Stephen Phillips, by and through his undersigned counsel, voluntarily withdraws the claims asserted in this matter against all Defendants, without prejudice.

Dated: September 16, 2019

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiffs*

By: *<u>/s/ Christopher R. Booth, Jr.</u>*
Christopher R. Booth, Jr., Esq.
Derek Smith Law Group, PLLC
*Attorneys for Plaintiff*
1835 Market Street, Suite 2950
Philadelphia, Pennsylvania 19103
(215) 391-4790

## **CERTIFICATE OF SERVICE**

I, Christopher R. Booth, Jr., Esquire, hereby certify that I caused a true and correct copy of the Notice of Voluntary Dismissal to be served upon counsel for the Defendants via email the Court's ECF system to all counsel of record.

*/s/ Christopher R. Booth, Jr.*
Christopher R. Booth, Jr.

Dated: September 16, 2019