IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN PHILLIPS,

Plaintiff,

v.

FETCH REWARDS, INC., et al.,

Defendants.

CIVIL ACTION
NO. 18-4910

FILED
SEP 16 2019
KATE BARKMAN, Clerk
By_________Dep. Clerk

## ORDER

**AND NOW**, this 16th day of September 2019, upon consideration of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 23), it is **ORDERED** as follows:

1. Plaintiff's claims against all Defendants are **DISMISSED** pursuant to Fed. R. Civ. P. 41(a).
2. All outstanding motions are **DENIED AS MOOT.**
3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

Joel Slomsky
JOEL H. SLOMSKY, J.

ENT'D SEP 16 2019